UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF WARREN POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                                                                    JUDGMENT

                      Plaintiffs,                           18-CV-1492 (AMD) (SJB)

                      v.

FOOT LOCKER, INC., RICHARD A.
JOHNSON, and LAUREN B. PETERS,

                      Defendants.
------------------------------------------------------------X

        A Memorandum, Decision and Order of the Honorable Ann M. Donnelly, United States

District Judge, having been filed on September 30, 2019, granting the defendants' motion to

dismiss the complaint; dismissing the case with leave to amend; granting plaintiff leave to file an

amended complaint, if any, by October 28, 2019; and an Order having been filed October 29,

2019, dismissing this complaint with prejudice; it is

        ORDERED and ADJUDGED that the defendants' motion to dismiss the complaint is

granted; that the complaint is dismissed with prejudice; and that this case is closed.

Dated: Brooklyn, New York                   Douglas C. Palmer
       October 31, 2019                   Clerk of Court

                                      By:     */s/Jalitza Poveda*
                                               Deputy Clerk